UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

JESUS RIVERA and DIEGO RIVERA,

                                   Plaintiffs,

                  -against-

BLUE MARLIN BOATS, INC. and
ANGELO COSTANZA,

                                   Defendants.

------------------------------------------------------------------------X

Case No. 25-CV-05133
(NJC)(JMW)

**RULE 68 OFFER
OF JUDGMENT**

To:    D. Maimon Kirschenbaum, Esq.
       Joseph & Kirschenbaum LLP
       32 Broadway, Suite 601
       New York, New York 10004
       *Attorneys for Plaintiff*

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants Blue Marlin Boats, Inc. and Angelo Costanza (collectively, "Defendants") hereby offer to allow judgment in this action to be taken against them and in favor of plaintiffs Jesus Rivera and Diego Rivera (collectively, the "Plaintiffs"), in the amount of Fifteen Thousand Eight Hundred Thirty-Three Dollars and Thirty-Three Cents ($15,833.33), which is inclusive of all unpaid wages, damages, liquidated damages, penalties, pre-judgment interest, post judgment interest, attorneys' fees, costs, expenses, amounts, and claims for relief sought by Plaintiffs.

1.      This Offer of Judgment is made by Defendants to fully and finally resolve all wage and hour claims, which were raised in the Complaint, or which could have been raised by Plaintiffs against Defendants, and their heirs, executors, administrators, estates, predecessors, successors, assigns, divisions, affiliates, subsidiaries, parents, corporations under common ownership or control, related business entities and companies, and their current and former owners, principals,

1

shareholders, partners, members, officers, directors, trustees, employees, attorneys, accountants, insurers, fiduciaries, representatives and agents (collectively, the "RELEASEES"). Such claims include, but are not limited to: (a) claims under the Fair Labor Standards Act, as amended, 29 U.S.C. §§ 201, *et. seq.*, and all related regulations (collectively, "FLSA") for unpaid wages, overtime, liquidated damages, attorneys' fees, expert fees, costs and interest; and (b) claims under the New York Labor Law, as amended, and all related regulations (collectively, "NYLL") for unpaid wages, overtime, failure to provide wage statements and wage notices, liquidated damages, statutory damages and penalties, attorneys' fees, expert fees, costs, and interest.

2.     If Plaintiffs accept this Offer of Judgment, no further payment will be due from Defendants and RELEASEES with respect to this matter, or any other matter, and shall be paid out as follows following acceptance of this Judgment:

a.  $15,833.33 made payable to "Joseph & Kirschenbaum LLP, as attorneys".

3.     The Offer in Judgment shall be paid out within 30 days of acceptance of this Offer of Judgment.

4.     This Offer of Judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure. Further, this Offer of Judgment and any entry of judgment resulting therefrom shall not constitute or operate as an acknowledgement or admission of any kind by Defendants and RELEASEES that they have: (a) committed any unlawful or wrongful acts; (b) violated any federal, state or local law, regulation, or rule; and/or (c) breached any obligation, caused any damages, or otherwise incurred any liability to Plaintiffs or to any other individual(s) for the reasons alleged in this action.

5.     Acceptance of this Offer of Judgment will act to dismiss with prejudice all claims raised by Plaintiffs in this action.

6.      If these terms are accepted, judgment shall be entered by the Court upon the terms of this Offer of Judgment.

7.      This Offer of Judgment is made pursuant to Rule 68 of the Federal Rules of Civil Procedure and evidence of this Offer of Judgment is not admissible, except in a proceeding to determine attorneys' fees and costs.

8.      If Plaintiffs do not accept this Offer of Judgment, Plaintiffs may become obligated to pay costs and attorneys' fees incurred by Defendants after the making of this Offer of Judgment.

9.      If this Offer of Judgment is not accepted in writing within fourteen (14) days after it is served, it will be deemed withdrawn.

Dated: June 10, 2026
        Uniondale, New York

FORCHELLI DEEGAN TERRANA LLP

By: _____
        Gregory S. Lisi, Esq.
*Attorneys for Defendants*
333 Earle Ovington Boulevard, Suite 1010
Uniondale, New York 11553
Phone: (516) 248-1700
Fax: (516) 248-1729
Email: glisi@forchellilaw.com

3