UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESUS RIVERA and DIEGO RIVERA,<br><br>Plaintiff,<br><br>v.<br><br>BLUE MARLIN BOATS, INC. and ANGELO COSTANZA,<br><br>Defendants. | Case No.: 2:25-cv-5133 |

**DECLARATION OF D. MAIMON KIRSCHENBAUM AS PROOF OF SERVICE OF ACCEPTANCE OF OFFERS OF JUDGMENT**

D. Maimon Kirschenbaum declares under penalty of perjury pursuant to 28 U.S.C. § 1745 that:

1. I am an attorney with Joseph & Kirschenbaum LLP, Plaintiffs' counsel in this action. I am familiar with the facts and circumstances set forth herein.

2. On June 10, 2026, Defendants served a FRCP 68(a) offer of judgment for Plaintiffs on Plaintiff's counsel. Defendants' offer of judgement is attached to Plaintiff's notice of acceptance of the offer of judgment.

3. On June 16, 2026, I notified Defendants' counsel of Plaintiffs' acceptance of the offer of judgment and served Plaintiffs' notice of acceptance of Defendants' offer of judgment on Defendants' counsel.

4. This Declaration is submitted under FRCP 68(a) as proof of service of the offer of judgment and of the acceptance of the offer of judgment.

Dated: New York, New York
June 16, 2026

By: /s/ D. Maimon Kirschenbaum
D, Maimon Kirschenbaum
JOSEPH & KIRSCHENBAUM LLP
45 Broadway, Suite 320
New York, NY 10006
212-688-5640

*Attorneys for Plaintiff*